————o————

IsAAC B. BAKER, Respondent, vs. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co., Appellant.

1. See ante p. 265.

*Appeal from Clinton Circuit Court.*

*J. H. Shanklin & M. A. Low*, for Appellant.

*Porter & Turner and Thos. E. Turney*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case was argued and submitted in connection with the case of Baker vs. The Chicago, R. I. & P. R. R. Co. which has been decided at this term; and for the reasons therein given, the judgment must be reversed and the cause remanded.

All the judges concur, except Judge Sherwood who is absent.